**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 16, 2017

By ECF

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. John Edward Taylor*, 17 Cr. 1 (LTS)

Dear Judge Swain:

With the consent of the government, I write to seek an adjournment of today's conference due to Ms. Gatto's unavailability. I respectfully request that the Court reschedule the conference for around 30 days from today.

In light of the nature of this request, the defense has no objection to the exclusion of time for purposes of the Speedy Trial Act until the adjourned date.

Respectfully submitted,

/s/ Martin Cohen
Assistant Federal Defender
212.417.8737


cc:   A.U.S.A.s Jonathan Rebold/Andrew Thomas (via ECF)