**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

February 25, 2022

<u>MEMO ENDORSED</u>

Via email & ECF
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. John Taylor*
    17cr01(LTS)

Dear Judge Swain:

    I was recently appointed to represent Mr. Taylor on a pending violation of supervised release ("VOSR"). We are scheduled to come before this Court on March 2 at 10:00 am. I have not received any discovery with respect to the VOSR and have not had an opportunity to discuss this violation with client. Accordingly, I believe an adjournment of this March 2nd date is appropriate as very little could be accomplished until the discovery is produced. Assistant United States Attorney Andrew Thomas' consents to this request. Both AUSA Thomas and I are available March 21, 22 or the 23rd.

Respectfully,
    /s/
Donna R. Newman
Cc: John Taylor via first class mail
    AUSA Andrew M. Thomas
    AUSA Jonathan Rebold

The foregoing adjournment request is granted. The violation of supervised release proceeding is adjourned to March 28, 2022, at 2:30 pm. DE 47 is resolved.
SO ORDERED.
2/25/2022
/s/ Laura Taylor Swain, Chief USDJ