UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                           No.  17-CR-01-LTS

JOHN EDWARD TAYLOR,                                                       ORDER

        Defendant.

----------------------------------------------------------x

        A violation of supervised release hearing in this case is scheduled to proceed on **June 3, 2022, at 10:00 a.m**. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                         /s/ Laura Taylor Swain
      June 1, 2022                                       LAURA TAYLOR SWAIN
                                                           Chief United States District Judge