LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

July 1, 2022

# MEMO ENDORSED

Via email & ECF
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. John Taylor*
    17cr01(LTS)

Dear Judge Swain:

      Mr. Taylor is scheduled to appear before Your Honor for sentencing on July 19th at noon. According to the Court's scheduling order my sentencing submission is due on July 5th. Due to my engagement in a recent trial, I am backed up with written work and realize I have two other written submission due on the same day. In addition, I do plan to take some time off from work over the holiday weekend.

      Accordingly, I respectfully request until July 7th to file my sentencing submission. Assistant United States Attorney, Jonathan Rebold has consented provided he likewise has an additional two days to submit his sentencing memo which is currently du on the July 12th.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All Counsel of Record via ECF


The foregoing extension request is granted. The defense submission shall be filed by July 7, and the Government submission shall be filed by July 14. DE 64 and 65 are resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 7/1/2022