LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

July 10, 2022

Via email & ECF
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. John Edward Taylor*
     17cr01(LTS)-

Dear Judge Swain:

    On July 6, 2022 I submitted to the Court a sentencing submission on behalf of Mr. Taylor who is to be sentenced by Your Honor in connection with this admission to three specifications to the violation of supervised release filed by Mr. Taylor's probation officer.

    By email I submitted to the Court a redacted and unredacted version of Mr. Taylor's sentencing submission. The redacted portions of the sentencing submission are statements taken from Dr. Goldsmith psychiatric report of his examination of Mr. Taylor. The reports themselves have been sealed. Accordingly, as per Fed.R.Civ. P 5.2(a) I did not make a specific motion for permission to file a redacted version of the sentencing submission. I then received a message from chambers that a motion was necessary. Accordingly, please allow this letter motion for a request to file the redacted version of the sentencing submission.

    For further clarification, I enclose a copy of the unredacted, redacted and highlighted versions of the sentencing submission. The redacted portions because they concern Mr. Taylor's psychological if made part of the public record will serve to humiliate and embarrass Mr. Taylor. The public interest in Mr. Taylor's psychological disorders is low as compared with Mr. Taylor's interest in keeping this information from the public.

    In addition, because the letter contained contact information from the individuals who wrote the letters, I redacted their contact information from the redacted sentencing memo I am seeking permission to file on the public document.

Accordingly, I respectfully request permission to file the redacted sentencing memo together with redacted supporting letters.

Respectfully submitted,
/s/
Donna R. Newman
Enc not filed
Cc: AUSA Andrew Thomas w/enc
   AUSA Jonathan Rebold w/enc.
   John Edward Taylor via first class mail w/ enc.

The foregoing sealing request is granted, for the reasons stated above. Mr. Taylor's VSR sentencing submission will be filed under seal. Docket entry nos. 69 and 70 are resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S. Dist. Judge
July 11, 2022