UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

        -v-                                            No. 17 crim 1 (LTS)

JOHN TAYLOR

                    Defendant.

------------------------------------------------------x

## ORDER

ORDERED that pursuant to sentence of time served plus 30 days (or such period of continued custody as may be necessary to facilitate transfer to an RRC under Probation Office supervision) imposed today, the defendant John Taylor is discharged from the custody of the U.S. Marshals Service upon release of the Defendant to the Bureau of Prisons.

SO ORDERED.

Dated: New York, New York
       July 19, 2022

                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge