UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | Docket No. 1:17-CR-001 (LTS) |
| | <u>ORDER</u> |
| JOHN EDWARD TAYLOR, | |
| Defendant | |

Honorable Laura Taylor Swain, Chief U.S. District Judge:

    IT IS HEREBY ORDERED THAT, on July 27, 2022, the United States Marshals Service shall produce John Edward Taylor, Register Number 77530-054, to the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse, to be released to the United States Probation Office.

SO ORDERED.

Dated:    July 25, 2022
           New York, New York

                                          /s/ Laura Taylor Swain
                                          Honorable Laura Taylor Swain
                                          Chief U.S. District Judge